IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., <br>     Plaintiff, <br>   v. <br> JONATHAN DUMMER, <br>     Defendant. | No. C 03-04144 CRB <br><br> **ORDER GRANTING MOTION TO ENTER DEFAULT JUDGMENT** |

    Now before the Court is plaintiff's motion for default judgment. The complaint in this action alleges that defendant purchased from White Viper a "programmer primarily designed to illegally modify DirecTV Access Cards" and a "SU2 Chip Upgrade." According to DirecTV's experts, the sole use of the SU2 program was to reprogram DirecTV access cards in order to circumvent DirecTV's satellite television encryption. Therefore, the allegations in the complaint, which are deemed true on default, create a strong inference that defendant used these devices to illegally intercept DirecTV's programming. For this reason, and for the reasons stated by this Court in its Memorandum and Order Granting Motion to Enter Default Judgment in <u>DirecTV, Inc. v. Huynh</u>, No. 04-3496 CRB (N.D. Cal. May 31, 2005), the Court finds the allegations in the complaint sufficient to support entry of default judgment and an award of damages in the amount of $10,000. Plaintiff is also awarded attorneys' fees and costs in the amount of $2,000.

1    Therefore, default judgment is hereby entered in favor of plaintiff and against
2 defendant.  Defendant is ORDERED to pay plaintiff $12,000.
3    **IT IS SO ORDERED.**

6 Dated: May 31, 2005

/s/
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4144\Dummer Default Order.wpd            2